**Order filed August 12, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00606-CV
_____

## HARRIS COUNTY, TEXAS, Appellant

V.

## CARLO PARADA, PATRICIA CONTRERAS AND PATRICIA QUIROZ CONTRERAS, Appellee

On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2011-03419

## ORDER

On April 29, 2014, this appeal was abated until June 30, 2014, for completion of a settlement agreement. The order states, in pertinent part, the appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal, or other dispositive motion. The order further states the court will consider a motion to reinstate filed by either party. As of this date, no motion has been filed.

Accordingly, the court may reinstate the appeal on its own motion within 15 days of the date of this order unless a motion to dismiss, other dispositive motion, motion to reinstate, or motion to extend the abatement is filed.


PER CURIAM